JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FOLB PARTNERSHIP, et al., | Case No. CV 15-6153 FMO (PJWx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| CITY OF LOS ANGELES, | |
| Defendant. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 24th day of April, 2017.

/s/<br>
Fernando M. Olguin<br>
United States District Judge